## **EXHIBIT A**

**Sale Order**

**To be filed**