**EXHIBT B**

**Budget**

| | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Post-Petition Period - Operating | | | | | | Post-Closing Period - No Operations | | | | Total |
| | P11 | P11 | P11 | P12 | P12 | P12 | P12 | P12 | P1 | P1 | P1 | P1 | P2 | Nov 7 - Jan 30 |
| Week | 7-Nov | 14-Nov | 21-Nov | 28-Nov | 5-Dec | 12-Dec | 19-Dec | 26-Dec | 2-Jan | 9-Jan | 16-Jan | 23-Jan | 30-Jan | |
| | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 1 | 2 | 3 | 4 | 5 | |
| **Cash Inflow** | 1,058 | 1,032 | 1,135 | 1,953 | 1,317 | 1,394 | 1,355 | 1,292 | 1,253 | | | | | 11,788 |
| | | | | | | | | | | | | | | |
| COGS | 361 | 889 | 963 | 687 | 871 | 677 | 683 | 881 | | | | | | 6,012 |
| Critical Vendor Payments | 12 | 22 | 73 | 91 | 56 | 42 | 43 | 52 | | | | | | 392 |
| Protection plan | | | 36 | | | | | 58 | | | | | | 94 |
| Rent | 316 | | | | 516 | | | | | | | | | 832 |
| Lease terminations | | | - | - | - | - | - | - | | | | | | |
| | | | | | | | | | | | | | | |
| **Payroll & Benefits** | | | | | | | | | | | | | | |
| *Stores - Paid 1 Week in Arrears:* | | | | | | | | | | | | | | |
| Managers | 136 | - | 54 | - | 129 | - | 54 | - | 129 | - | 65 | - | 105 | 1,352 |
| ASM/Sales | 239 | - | 240 | - | 279 | - | 227 | - | 232 | - | 116 | - | 19 | 1,352 |
| Hourly Support | 41 | - | 41 | - | 35 | - | 41 | - | 35 | - | 18 | - | 6 | 217 |
| PR Taxes | 10 | - | 10 | - | 10 | - | 10 | - | 10 | - | 5 | - | - | 55 |
| **Total store wages & taxes** | **426** | **-** | **345** | **-** | **453** | **-** | **332** | **-** | **406** | **-** | **203** | **-** | **130** | **2,295** |
| | | | | | | | | | | | | | | |
| SSC incl DM's & FFOT | 158 | - | 115 | - | 115 | - | 115 | - | 114 | - | 57 | - | 44 | 718 |
| Comfort Coil | 17 | - | 17 | - | 17 | - | 17 | - | 17 | - | 9 | - | | 94 |
| Executive Team | 42 | - | 42 | - | 42 | - | 42 | - | 42 | - | 21 | - | - | 231 |
| Severance | | | | | | | | | | | | | | |
| Bonus - Others | | | | | | | | | | | - | | | |
| Consulting (GMM, Mktg Mgr, VP Finance) | 15 | 15 | 15 | 15 | 10 | 10 | 10 | 10 | 11 | | | | | 108 |
| PR Taxes | 10 | - | 10 | - | 10 | - | 10 | - | 10 | - | 5 | - | - | 55 |
| **Total wages & taxes - SSC, DM's, FFOT, Exec Team** | **242** | **15** | **198** | **15** | **194** | **10** | **194** | **10** | **194** | **-** | **92** | **-** | **44** | **1,205** |
| | | | | | | | | | | | | | | |
| Benefits | | | 140 | | | | | 140 | | | | 25 | | 305 |
| Website Development | | | 10 | | | | | 10 | | | | | | 29 |
| Advertising (Local IQ) | 3 | 1 | - | - | 3 | 1 | - | - | - | 3 | 1 | - | - | 11 |
| Store Security | - | | | | | | | | | | | | | |
| Marketing | | 14 | | | | 14 | | 63 | | | | 14 | | 105 |
| IT | | | | | | | | | | | | | | |
| Website Design | | | | | | 50 | | | | | | | | 50 |
| Audit & Tax | | | | | | | | | | | | | | |
| Store Utilities / Office Utilities /Telephone/ Cable | 68 | 19 | 8 | 13 | 68 | 19 | 8 | 13 | 68 | 19 | 8 | 13 | 68 | 391 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Property Taxes | | | | | | | | | | | 305 |
| Business Insurance | | 40 | | 25 | | | 240 | | | | 145 |
| Customer refunds | | | | 50 | | | 48 | | | 48 | 63 |
| Supplies | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | - |
| Bank fees | | | | | | | | | | | - |
| Comfort Coil Equipment Lease & Note | | | | | | | | | | | 10 |
| Maintenance and Repairs | | 4 | | 1 | | 4 | 1 | | | | 92 |
| Legal | | | | | | | | | | | 91 |
| Real Estate Advisory | - | - | - | - | - | - | - | - | - | - | 274 |
| Delivery | 42 | 41 | 45 | 78 | 53 | 56 | 52 | 54 | 50 | 30 | 30 |
| Repair Techs | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Miscellaneous A/P Payments | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 10 | 10 |
| **Weekly Burn Rate** | **1,521** | **1,092** | **1,874** | **1,010** | **2,264** | **919** | **1,370** | **1,618** | **770** | **68** | **351** | **99** | **337** |
| | | | | | | | | | | | |
| Pcard/Epay/Fuel Cards | | | 80 | | | 20 | | 80 | | | | 67 |
| Income tax | 11 | | | | | 27 | | | | | | 11 |
| Sales Tax | 25 | 65 | 246 | 65 | 25 | | 389 | 65 | 25 | | | 419 | 1,158 |
| Retention/Incentive Bonuses | | | | | | | | | | | | 100 |
| Miscellaneous A/P Payments | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 130 |
| Term Loan Payment | | | | | | | | | | | | 500 |
| Investment Banker Advisory | | | | 35 | | | | 35 | | | | 430 | 500 |
| Legal - Real Estate | | | | | | | | | | | | 350 |
| Legal - Restructuring | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | | | | 300 |
| Financial Advisory - Restructuring | 25 | 34 | 34 | 34 | 34 | 34 | 34 | 34 | 34 | | | | 340 |
| US Trustee Fees | | | | | | | | | | | 260 | | 260 |
| Claims & Noticing Agent | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | | | | 290 |
| Lender Professionals | | | 200 | | 235 | | | 165 | | | | | 600 |
| Committee Professionals | | | | | | | | | | | | 200 | 200 |
| DIP Interest (7.2%) and Commitment Fee (1%) | 52 | | | | 10 | | | 21 | | | | 31 | 114 |
| Wind Down Costs | | | | | | | | 739 | | | | | 739 |
| **Total** | **1,756** | **1,313** | **2,556** | **1,267** | **2,476** | **1,402** | **1,915** | **1,876** | **1,955** | **78** | **361** | **1,518** | **378** | **18,880** |
| | | | | | | | | | | | |
| **Net Change in Cash** | (699) | (282) | (1,420) | 686 | (1,159) | (9) | (560) | (663) | (623) | (78) | (361) | (1,518) | (378) | (7,062) |
| | | | | | | | | | | | |
| **Book Cash Balance Beginning of Week** | 570 | (128) | (410) | (1,831) | (1,144) | (2,303) | (2,312) | (2,872) | (3,535) | (4,158) | (4,236) | (4,596) | (6,114) | 630 |
| **Excess Cash Sweep** | # | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Week Ending Book Cash Balance** | (128) | (410) | (1,831) | (1,144) | (2,303) | (2,312) | (2,872) | (3,535) | (4,158) | (4,236) | (4,596) | (6,114) | (6,492) | (6,492) |
| | | | | | | | | | | | |
| **Cash Balance** | 530 | 2,331 | 2,049 | 629 | 2,165 | 1,007 | 2,598 | 2,038 | 1,375 | 2,342 | 2,264 | 1,903 | 386 | 530 |
| **Weekly Cash Use** | (699) | (282) | (1,420) | 686 | (1,159) | (9) | (560) | (663) | (623) | (78) | (361) | (1,518) | (378) | (7,062) |
| **DIP Borrowing per Agreement** | 2,500 | | | 850 | | 1,600 | | | 1,590 | | | | | 6,540 |
| **Cash Balance incl Borrowing** | 2,331 | 2,049 | 629 | 2,165 | 1,007 | 2,598 | 2,038 | 1,375 | 2,342 | 2,264 | 1,903 | 386 | 8 | 8 |